171 A.3d 1268

STATE OF NEW JERSEY, PLAINTIFF, v. DERRICK M. MILLER, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ARTHUR L. THOMPSON, A/K/A NASHEED, DEFENDANT–PETITIONER.

C–224 Sept.Term 2017
079425

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4022/4055–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.